IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION FILE |
| v. ) | |
| ) | NO. 1:18-CR-368-ELR-AJB |
| LUIS ALBERTO RAMOS-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION**

Before the Court is Defendant Luis Alberto Ramos-Lopez's motion to suppress statements, [Doc. 16]. At the pretrial conference, the Government announced that it was not going to introduce at trial the statements that are the subject of the motion, that is the statements attributed to Defendant memorialized in (1) Record of Sworn Statement in Affidavit Form, dated 10/18/99, in Decatur, Ga.; (2) an undated ICE Interview Worksheet, Atlanta Field Office, Bates Stamped "Ramos-Lopez000100-Ramos-Lopez000101"; and (3) Record of Deportable/Inadmissible Alien (Form I-213), dated 7/27/18 (statements made 6/27/18), Atlanta, Ga. Therefore, Defendant's motion, [Doc. 16], is **GRANTED AS UNOPPOSED**.

The undersigned now has ruled or recommended a ruling on all matters referred pursuant to Standing Order 14-02 (N.D. Ga. Aug. 15, 2014). The parties have met

AO 72A
(Rev.8/82)

regarding discovery and have reported that all discovery obligations have been satisfied or ordered at the pretrial conference to be produced by a certain date. No impediments to the scheduling of trial have been brought to the Court's attention. Accordingly, this case is **CERTIFIED READY FOR TRIAL**.

**IT IS SO RECOMMENDED AND CERTIFIED**, this the 1st day of November, 2018.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE