# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

UNITED STATES OF AMERICA,　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　v.　　　　　　　　　　*　　　1:18-CR-00368-ELR
　　　　　　　　　　　　　　　　*
LUIS ALBERTO RAMOS-LOPEZ,　　*
　　　　　　　　　　　　　　　　*
　　　　　Defendant.　　　　　　*
　　　　　　　　　　　　　　　　*

## O R D E R

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Alan J. Baverman [Doc. 18]. Judge Baverman recommends that Defendant's Motion to Suppress Statements [Doc. 16] be granted as unopposed.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C); Williams v. Wainwright, 682 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 18] as the opinion of this Court. For the reasons stated in the R&R, the Court **GRANTS AS UNOPPOSED** Defendant's Motion to Suppress Statements [Doc. 16].

**SO ORDERED**, this 30th day of November, 2018.

Eleanor L. Ross
United States District Judge
Northern District of Georgia